# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

March 25, 2021

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, New York 10007



Re:    **Vuppala v. MKO Group, LLC, d/b/a Edible Arrangements, et al.**
       **Case 1:21-cv-00427-KPF**

Dear Judge Failla:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for April 2, 2021, at 2:30 p.m., in your Honor's Courtroom.  However, the Complaint was recently amended and appearance at this time there is no appearance in this matter.  Counsel that had appeared previously in this matter, is no longer representing any of the defendants in his case.  The Second Amended Complaint was sent out for service of process on the defendants.  An affidavit of service was filed [D.E. 19] for MKO Group, LLC, and we await the receipt of the affidavit of service for the other defendant.

In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

Application GRANTED.  The initial pretrial conference scheduled for
April 2, 2021, is hereby ADJOURNED to May 6, 2021, at 10:00 a.m.  The
parties' joint letter and proposed Case Management Plan and
Scheduling Order will be due on or before April 29, 2021.

Dated:      March 25, 2021          SO ORDERED.
            New York, New York


                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE